[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11569

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

STEVEN ANDREW ROSS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:19-cr-00083-LGW-CLR-1

_____

Before WILSON, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

Upon our review of the record and the parties' responses to the jurisdictional question, we conclude that we lack jurisdiction over this appeal. Steven Ross appeals from the district court's order granting his renewed motion requesting clarification, in which he sought clarification as to the nature and number of his convictions for the purpose of determining his eligibility for time credits from the United States Bureau of Prisons. Because the district court granted Ross's motion in full and sufficiently provided the information Ross sought, he was not aggrieved by the court's order and thus lacks standing to challenge it on appeal. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353 (11th Cir. 2003) (holding that it is a jurisdictional requirement that litigants establish their standing to appeal, and holding that only parties to a lawsuit who are aggrieved by a judgment or order may appeal).

Accordingly, this appeal is DISMISSED for lack of jurisdiction.